IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEE N. KOEHLER,<br><br>   Plaintiff,<br><br>v.<br><br>A. DAVID DODWELL,<br><br>   Defendant. | Civil Action<br>No. 1:04-mc-10105 |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), the Plaintiff in the above-entitled action hereby voluntarily dismisses this action with prejudice and outstanding court costs, if any, to be paid by Defendant, A. David Dodwell.

                Respectfully submitted,

                LEE N. KOHLER,

                By his attorneys,

                /s/ STEPHEN D. RIDEN
                Russell Beck, BBO No. 561031
                Stephen D. Riden, BBO No. 644451
                EPSTEIN BECKER & GREEN, P.C.
                111 Huntington Avenue, 26th Floor
                Boston, Massachusetts  02199
Dated: August 5, 2004         (617) 342-4000